UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENGKHAM KOULAVONGSA, [A23-743-134], )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, *et al.*, )<br>)<br>Respondents. )<br>_____ ) | Civil No. 08-CV-808-L(LSP)<br><br>**ORDER GRANTING REQUEST FOR APPOINTMENT OF COUNSEL [doc. #3]; GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* [doc. #2] and TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE GRANTED** |

Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed *in forma pauperis* under 28 U.S.C. § 1915(a), and a motion for appointment of counsel under 18 U.S.C. § 3006A.

**1.      Motions to Proceed *In Forma Pauperis***

Petitioner seeks *in forma pauperis* status and has provided an Inmate Account Statemente indicating that petitioner has no money on account and during the past six months had no money on account.   Accordingly, the Court **GRANTS** the request to proceed *in forma pauperis*.

**2.      Motion for Appointment of Counsel**

Petitioner also moves for appointment of counsel under 18 U.S.C. § 3006A(a)(2).  Under this statute, the district court may appoint counsel for financially eligible petitioners seeking relief under 28 U.S.C. § 2241 when the interests of justice so require.  The Court considers whether there is a likelihood of success on the merits and whether the unrepresented petitioner

has the ability to articulate his claims in light of the complexity of the issues presented. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Petitioner is financially eligible for a court-appointed attorney. Having carefully considered petitioner's motion, the record, and applicable law, the Court finds that the interests of justice require appointment of counsel. Based upon petitioner's motion and the declaration of Janet Tung, an attorney with the Federal Defenders of San Diego, Inc., who indicates she is ready and able to assist the petitioner in the case, petitioner's motion for appointment of counsel is **GRANTED** and the Court appoints the Federal Defenders of San Diego, Inc. to represent petitioner.

**3.     Order to Show Cause**.

Having received and reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, **IT IS HEREBY ORDERED**:

Respondents shall file a return to the petition for writ of habeas corpus on or before **June 4, 2008.** Respondents shall include copies of all pertinent documents, orders, and transcripts relevant to this motion, and shall also make a recommendation regarding the need for an evidentiary hearing on the merits of the Petition. Petitioner shall file a traverse on or before **July 2, 2008**. *The matter will be deemed under submission at that time.*

**IT IS SO ORDERED.**

DATED: May 7, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL COUNSEL/PARTIES